# LIFSHITZ LAW FIRM, P.C.
Attorneys at Law
1190 Broadway
Hewlett, New York 11557

Tel: (516) 493-9780
Fax: (516) 280-7376

July 25, 2023

VIA CM/ECF

Hon. J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Stourbridge Investments LLC v. Callen, et al.*, Case No. 1:18-cv-07638-JPO

Dear Judge Oetken:

     Lifshitz Law Firm, P.C. represents Plaintiff Stourbridge Investments LLC ("Plaintiff") and Bryan Cave Leighton Paisner LLP represents Omega Healthcare Investors, Inc. ("Omega") and Craig R. Callen, Kapila K. Anand, Craig M. Bernfield, Norman R. Bobins, Barbara B. Hill, Edward Lowenthal, Ben W. Perks, C. Taylor Pickett, Stephen D. Plavin, Robert O. Stephenson, and Daniel J. Booth (collectively, "Individual Defendants" and together with Omega, "Defendants") (Plaintiff and Defendants are collectively referred to herein as the "Parties") in the above-referenced action.

     On October 24, 2018, the Parties filed a Proposed Stipulation and Order Staying the Case, including any obligation to respond to the complaint or any amended complaints and all discovery and disclosure obligations, until 30 days after the entry of judgment or a voluntary dismissal with prejudice of *In re Omega Healthcare Investors, Inc. Securities Litigation*, Case No. 1:17-cv-08983-NRB (S.D.N.Y.) ("Federal Securities Litigation"), a related case which was pending before Judge Naomi Reice Buchwald. (Dkt. No. 4). On October 25, 2018, Your Honor approved and So Ordered the Stipulation and Order Staying the Case, and requested a status letter on or before February 25, 2019. (Dkt. No. 5).

     On February 25, 2019, the Parties reported that the Federal Securities Litigation was still pending before Judge Buchwald, that Omega and the individual defendants involved in that case filed a motion to dismiss, and that oral argument on that motion was heard on February 13, 2019. (Dkt. No. 6).

On February 26, 2019, Your Honor requested a joint status update on or before June 26, 2019. (Dkt. No. 7).

On June 26, 2019, the Parties reported that Judge Buchwald had dismissed the Federal Securities Litigation with prejudice, that the case was closed on March 27, 2019, and that the plaintiffs in the Federal Securities Litigation had filed a Notice of Appeal with the United States Court of Appeals for the Second Circuit. (Dkt. No. 8).

On October 29, 2019, Your Honor requested a joint status update on or before February 28, 2020. (Dkt. No. 11).

On February 28, 2020, the Parties reported that oral argument on the appeal was conducted on November 13, 2019, and that a decision by the United States Court of Appeals for the Second Circuit was pending. (Dkt. No. 12).

On March 30, 2020, Your Honor requested a joint status update on or before June 30, 2020. (Dkt No. 13).

On June 30, 2020, the Parties reported that a decision by the United States Court of Appeals for the Second Circuit was still pending. (Dkt. No. 15).

On June 30, 2021, Your Honor requested a joint status update on or before August 2, 2021. (Dkt. No. 16).

On August 2, 2021, the Parties reported that the Second Circuit issued its ruling reversing the dismissal of the Federal Securities Litigation on August 3, 2020. Thereafter, the plaintiffs in the Federal Securities Litigation filed a second amended complaint and Omega and the individual defendants involved in that case filed a motion to dismiss that second amended complaint. (Dkt. No. 17).

On June 21, 2022, Your Honor requested a joint status update on or before August 1, 2022. (Dkt. No. 18).

On August 1, 2022, the Parties reported that the motion to dismiss was granted in part and denied in part on September 28, 2021, with a putative class period beginning May 3, 2017 and ending October 31, 2017. Thereafter, the defendants in the Federal Securities Litigation filed an answer, and discovery in the Federal Securities Litigation has commenced. (Dkt. No. 19).

On October 6, 2022, Your Honor requested a joint status update on or before November 1, 2022. (Dkt. No. 20).

On November 1, 2022, the Parties reported that a settlement in principle was reached in the Federal Securities Litigation, and all discovery deadlines were suspended in that action pending the plaintiffs' motion for judicial approval of the settlement. (Dkt. No. 21).

On April 18, 2023, Your Honor requested a joint status update on or before April 28, 2023. (Dkt. No. 24).

On April 28, 2023, Parties reported that, on April 25, 2023, Judge Buchwald entered an order and final judgment approving settlement of the Federal Securities Litigation, and that they were engaged in settlement negotiations. (Dkt. No. 25)

On May 1, 2023, Your Honor requested a joint status update on or before July 25, 2023. (Dkt. No. 26).

The Parties hereby report that their settlement negotiations are continuing to progress, and in furtherance of those negotiations, respectfully request that the stay in this case be extended until August 24, 2023. Counsel for the Parties are available to answer any questions that Your Honor may have.

[SIGNATURES APPEAR ON FOLLOWING PAGE]

        Respectfully submitted,

        **LIFSHITZ LAW FIRM, P.C.**

        */s/ Joshua M. Lifshitz*
        Joshua M. Lifshitz
        Email: jlifshitz@lifshitzlaw.com
        1190 Broadway
        Hewlett, New York 11557
        Telephone: (516) 493-9780
        Facsimile: (516) 280-7376

        *Attorneys for Plaintiff*

        **BRYAN CAVE LEIGHTON PAISNER LLP**

        */s/ Eric Rieder*
        Eric Rieder
        Email: erieder@bclplaw.com
        1290 Avenue of the Americas
        New York, NY 10104
        Telephone: (212) 541-2057
        Facsimile: (212) 541-1457

        *Attorneys for Defendants*