# LIFSHITZ LAW FIRM, P.C.

Attorneys at Law
1190 Broadway
Hewlett, New York 11557

———————————

Tel: (516) 493-9780
Fax: (516) 280-7376

September 25, 2023

<u>VIA CM/ECF</u>

Hon. J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** *Stourbridge Investments LLC v. Callen, et al.*, **Case No. 1:18-cv-07638-JPO**

Dear Judge Oetken:

     Lifshitz Law Firm, P.C. represents Plaintiff Stourbridge Investments LLC ("Plaintiff") and Bryan Cave Leighton Paisner LLP represents Omega Healthcare Investors, Inc. ("Omega") and Craig R. Callen, Kapila K. Anand, Craig M. Bernfield, Norman R. Bobins, Barbara B. Hill, Edward Lowenthal, Ben W. Perks, C. Taylor Pickett, Stephen D. Plavin, Robert O. Stephenson, and Daniel J. Booth (collectively, "Individual Defendants" and together with Omega, "Defendants") in the above-referenced action.

     On October 25, 2018, the Court entered an order staying this case, including any obligation to respond to the complaint or any amended complaints and all discovery and disclosure obligations. (Dkt. No. 5). That stay has been extended by a series of orders of the Court, the last of which was entered on August 24, 2023 (Dkt. No. 30).

     Pursuant to the Court's August 24, 2023 order, Plaintiff and Defendants hereby report that they have reached agreement on a memorandum of understanding to resolve this case. The parties plan to negotiate a stipulation and agreement of settlement, along with exhibits, to serve as the operative settlement document, which they anticipate being able to finalize on or before November 29, 2023.

     Plaintiff and Defendants respectfully request that the stay in this case be extended until November 29, 2023. Counsel for Plaintiff and Defendants are available to answer any questions that Your Honor may have.

[SIGNATURES APPEAR ON FOLLOWING PAGE]

Respectfully submitted,

**LIFSHITZ LAW FIRM, P.C.**

*/s/ Joshua M. Lifshitz*
Joshua M. Lifshitz
Email: jlifshitz@lifshitzlaw.com
1190 Broadway
Hewlett, New York 11557
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

*Attorneys for Plaintiff*

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Eric Rieder*
Eric Rieder
Email: erieder@bclplaw.com
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 541-2057
Facsimile: (212) 541-1457

*Attorneys for Defendants*