# LIFSHITZ LAW FIRM, P.C.
Attorneys at Law
1190 Broadway
Hewlett, New York 11557

Tel: (516) 493-9780
Fax: (516) 280-7376

November 29, 2023

<u>**VIA CM/ECF**</u>

Hon. J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Stourbridge Investments LLC v. Callen, et al.*, Case No. 1:18-cv-07638-JPO

Dear Judge Oetken:

Lifshitz Law Firm, P.C. represents Plaintiff Stourbridge Investments LLC ("Plaintiff") and Bryan Cave Leighton Paisner LLP represents Omega Healthcare Investors, Inc. ("Omega") and Craig R. Callen, Kapila K. Anand, Craig M. Bernfield, Norman R. Bobins, Barbara B. Hill, Edward Lowenthal, Ben W. Perks, C. Taylor Pickett, Stephen D. Plavin, Robert O. Stephenson, and Daniel J. Booth (collectively, "Individual Defendants" and together with Omega, "Defendants") in the above-referenced action.

On October 25, 2018, the Court entered an order staying this case, including any obligation to respond to the complaint or any amended complaints and all discovery and disclosure obligations. (Dkt. No. 5). That stay has been extended by a series of orders of the Court, the last of which was entered on September 27, 2023 (Dkt. No. 32).

Pursuant to the Court's September 27, 2023 order, Plaintiff and Defendants hereby report that the Parties have reached an agreement in principle on the substantive terms to resolve this case and the related litigation in the Circuit Court for Baltimore City, Maryland. The Parties are currently engaged in negotiating a stipulation and agreement of settlement, along with exhibits, to serve as the operative settlement document. The Parties anticipate submitting a finalized stipulation to the Maryland Court for judicial approval. Upon final approval of the settlement by the Maryland Court, the parties anticipate submitting a stipulation to voluntarily dismiss this action with prejudice.

Plaintiff and Defendants respectfully request that the stay in this case be extended pending final approval of the proposed settlement. Counsel for Plaintiff and Defendants are available to answer any questions that Your Honor may have.

Respectfully submitted,

**LIFSHITZ LAW FIRM, P.C.**

*/s/ Joshua M. Lifshitz*
Joshua M. Lifshitz
Email: jlifshitz@lifshitzlaw.com
1190 Broadway
Hewlett, New York 11557
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

*Attorneys for Plaintiff*

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Eric Rieder*
Eric Rieder
Email: erieder@bclplaw.com
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 541-2057
Facsimile: (212) 541-1457

*Attorneys for Defendants*