# LIFSHITZ LAW FIRM, P.C.

Attorneys at Law
1190 Broadway
Hewlett, New York 11557
_____
Tel: (516) 493-9780
Fax: (516) 280-7376

January 30, 2024

**VIA CM/ECF**

Hon. J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** *Stourbridge Investments LLC v. Callen, et al.*, **Case No. 1:18-cv-07638-JPO**

Dear Judge Oetken:

Lifshitz Law Firm, P.C. represents Plaintiff Stourbridge Investments LLC ("Plaintiff") and Bryan Cave Leighton Paisner LLP represents Omega Healthcare Investors, Inc. ("Omega") and Craig R. Callen, Kapila K. Anand, Craig M. Bernfield, Norman R. Bobins, Barbara B. Hill, Edward Lowenthal, Ben W. Perks, C. Taylor Pickett, Stephen D. Plavin, Robert O. Stephenson, and Daniel J. Booth (collectively, "Individual Defendants" and together with Omega, "Defendants") in the above-referenced action.

On October 25, 2018, the Court entered an order staying this case, including any obligation to respond to the complaint or any amended complaints and all discovery and disclosure obligations. (Dkt. No. 5). That stay has been extended by a series of orders of the Court, the last of which was entered on November 30, 2023 (Dkt. No. 34).

Pursuant to the Court's November 30, 2023 order, Plaintiff and Defendants hereby report that, having reached an agreement in principle on the substantive terms to resolve this case and the related litigation in the Circuit Court for Baltimore City, Maryland, the Parties are continuing to negotiate a stipulation and agreement of settlement, along with exhibits, to serve as the operative settlement document. The Parties anticipate submitting a finalized stipulation to the Maryland Court for judicial approval. Upon final approval of the settlement by the Maryland Court, the parties anticipate submitting a stipulation to voluntarily dismiss this action with prejudice.

Plaintiff and Defendants respectfully request that the stay in this case be extended pending final approval of the proposed settlement. Counsel for Plaintiff and Defendants are available to answer any questions that Your Honor may have.

Hon. J. Paul Oetken
January 30, 2024
Page 2

                Respectfully submitted,

                **LIFSHITZ LAW FIRM, P.C.**

                */s/ Joshua M. Lifshitz*
                Joshua M. Lifshitz
                Email: jlifshitz@lifshitzlaw.com
                1190 Broadway
                Hewlett, New York 11557
                Telephone: (516) 493-9780
                Facsimile: (516) 280-7376

                *Attorneys for Plaintiff*

                **BRYAN CAVE LEIGHTON PAISNER LLP**

                */s/ Eric Rieder*
                Eric Rieder
                Email: erieder@bclplaw.com
                1290 Avenue of the Americas
                New York, NY 10104
                Telephone: (212) 541-2057
                Facsimile: (212) 541-1457

                *Attorneys for Defendants*