# LIFSHITZ LAW FIRM, P.C.

Attorneys at Law
1190 Broadway
Hewlett, New York 11557

Tel: (516) 493-9780
Fax: (516) 280-7376

March 1, 2024

**VIA CM/ECF**

Hon. J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Stourbridge Investments LLC v. Callen, et al.*, Case No. 1:18-cv-07638-JPO

Dear Judge Oetken:

Lifshitz Law Firm, P.C. represents Plaintiff Stourbridge Investments LLC ("Plaintiff") and Bryan Cave Leighton Paisner LLP represents Omega Healthcare Investors, Inc. ("Omega") and Craig R. Callen, Kapila K. Anand, Craig M. Bernfield, Norman R. Bobins, Barbara B. Hill, Edward Lowenthal, Ben W. Perks, C. Taylor Pickett, Stephen D. Plavin, Robert O. Stephenson, and Daniel J. Booth (collectively, "Individual Defendants" and together with Omega, "Defendants") in the above-referenced action.

On October 25, 2018, the Court entered an order staying this case, including any obligation to respond to the complaint or any amended complaints and all discovery and disclosure obligations. (Dkt. No. 5). That stay has been extended by a series of orders of the Court, the last of which was entered on January 30, 2024 (Dkt. No. 36).

Pursuant to the Court's January 30, 2024 order, Plaintiff and Defendants hereby report that a proposed settlement to resolve this case and related litigation in the Circuit Court for Baltimore City, Maryland was preliminarily approved by the Maryland Court on February 28, 2024. The Maryland Court scheduled a hearing on May 21, 2024, to consider final approval of the proposed settlement. Upon final approval of the settlement by the Maryland Court, the parties anticipate submitting a stipulation to voluntarily dismiss this action with prejudice.

Plaintiff and Defendants respectfully request that the stay in this case be extended pending final approval of the proposed settlement. Counsel for Plaintiff and Defendants are available to answer any questions that Your Honor may have.

Hon. J. Paul Oetken
March 1, 2024
Page 2

                Respectfully submitted,

                **LIFSHITZ LAW FIRM, P.C.**

                */s/ Joshua M. Lifshitz*
                Joshua M. Lifshitz
                Email: jlifshitz@lifshitzlaw.com
                1190 Broadway
                Hewlett, New York 11557
                Telephone: (516) 493-9780
                Facsimile: (516) 280-7376

                *Attorneys for Plaintiff*

                **BRYAN CAVE LEIGHTON PAISNER LLP**

                */s/ Eric Rieder*
                Eric Rieder
                Email: erieder@bclplaw.com
                1290 Avenue of the Americas
                New York, NY 10104
                Telephone: (212) 541-2057
                Facsimile: (212) 541-1457

                *Attorneys for Defendants*