# LIFSHITZ LAW FIRM, P.C.

Attorneys at Law
1190 Broadway
Hewlett, New York 11557

Tel: (516) 493-9780
Fax: (516) 280-7376

May 31, 2024

<u>VIA CM/ECF</u>

Hon. J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *Stourbridge Investments LLC v. Callen, et al.*, Case No. 1:18-cv-07638-JPO

Dear Judge Oetken:

Lifshitz Law Firm, P.C. represents Plaintiff Stourbridge Investments LLC ("Plaintiff") and Bryan Cave Leighton Paisner LLP represents Omega Healthcare Investors, Inc. ("Omega") and Craig R. Callen, Kapila K. Anand, Craig M. Bernfield, Norman R. Bobins, Barbara B. Hill, Edward Lowenthal, Ben W. Perks, C. Taylor Pickett, Stephen D. Plavin, Robert O. Stephenson, and Daniel J. Booth (collectively, "Individual Defendants" and together with Omega, "Defendants") in the above-referenced action.

On October 25, 2018, the Court entered an order staying this case, including any obligation to respond to the complaint or any amended complaints and all discovery and disclosure obligations. (Dkt. No. 5). That stay has been extended by a series of orders of the Court, the last of which was entered on March 4, 2024 (Dkt. No. 38).

Plaintiff and Defendants hereby report that the parties' proposed settlement to resolve this case and related litigation, as described in the parties' prior status report (Dkt. No. 37), has been approved by the Circuit Court for Baltimore City, Maryland (the "Maryland Court"). On March 12, 2024, pursuant to a preliminary approval order of the Maryland Court, Omega notified shareholders of the proposed settlement by posting a copy of the stipulation of settlement ("Stipulation") together with a court-approved notice describing the proposed settlement (the "Notice") on Omega's website, and by filing with the Securities and Exchange Commission ("SEC") an SEC Form 8-K with the Stipulation and Notice as exhibits. Omega also published a court-approved summary notice of the settlement in the March 18, 2024, edition of the *Investor's Business Daily*.

A settlement hearing was held by the Maryland Court on May 21, 2024. No objection to the settlement was raised prior to, or during, the hearing. On May 21, 2024, the Maryland Court

entered a Final Order and Judgment, approving the settlement. The parties expect that the Maryland Court's judgment will become "Final," within the meaning of the settlement, on June 20, 2024. The parties anticipate submitting a stipulation to voluntarily dismiss this action with prejudice within five (5) business days of the judgment becoming Final.

Plaintiff and Defendants respectfully request that the stay in this case be extended until July 15, 2024. Counsel for Plaintiff and Defendants are available to answer any questions that Your Honor may have.

Respectfully submitted,

**LIFSHITZ LAW FIRM, P.C.**

*/s/ Joshua M. Lifshitz*
Joshua M. Lifshitz
Email: jlifshitz@lifshitzlaw.com
1190 Broadway
Hewlett, New York 11557
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

*Attorneys for Plaintiff*

**BRYAN CAVE LEIGHTON PAISNER LLP**

*/s/ Eric Rieder*
Eric Rieder
Email: erieder@bclplaw.com
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 541-2057
Facsimile: (212) 541-1457

*Attorneys for Defendants*