**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STOURBRIDGE INVESTMENTS LLC, Derivatively on Behalf of Nominal Defendant OMEGA HEALTHCARE INVESTORS, INC., <br><br>　　　　　Plaintiff, <br><br>　　　v. <br><br>CRAIG R. CALLEN; KAPILA K. ANAND; CRAIG M. BERNFIELD; NORMAN R. BOBINS; BARBARA B. HILL; EDWARD LOWENTHAL; BEN W. PERKS; C. TAYLOR PICKETT; STEPHEN D. PLAVIN; ROBERT O. STEPHENSON; and DANIEL J. BOOTH <br><br>　　　　　Defendants, <br><br>　　-and- <br><br>OMEGA HEALTHCARE INVESTORS, INC., <br><br>　　　　　Nominal Defendant. | Case No. 1:18-cv-07638-JPO <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**WHEREAS**, as described in the parties' joint status letter to this Court, dated May 31, 2024 (Dkt. No. 39), following notice to shareholders and a hearing, the Circuit Court for Baltimore City, Maryland, on May 21, 2024 entered a Final Order and Judgment (the "Judgment," a copy of which is annexed hereto as **Exhibit A**), approving the parties' stipulation of settlement ("MD Stipulation") of the claims asserted in this action;

**WHEREAS**, by Order dated June 3, 2024 (Dkt. No. 40), this Court instructed the parties to file a joint status letter or a stipulation of dismissal of this action by July 15, 2024; and

**WHEREAS,** the Judgment became Final within the meaning of the MD Stipulation on June 20, 2024;

**IT IS HEREBY STIPULATED AND AGREED** among the parties, by and through their respective undersigned counsel, pursuant to this Court's Order, the Judgment, and Rules 23.1

and 41 of the Federal Rules of Civil Procedure, that this action be and hereby is dismissed, with prejudice.

IT IS SO STIPULATED AND AGREED AS OF THIS 26th day of June, 2024.

| **LIFSHITZ LAW FIRM, P.C.** | **BRYAN CAVE LEIGHTON PAISNER LLP** |
|---|---|
| */s/ Joshua M. Lifshitz* | */s/ Eric Rieder* |
| Joshua M. Lifshitz | Eric Rieder |
| 1190 Broadway | 1290 Avenue of the Americas |
| Hewlett, NY 11557 | New York, NY 10104 |
| T: 516-493-9780 | T: 212-541-2000 |
| E: jlifshitz@lifshitzlaw.com | E: ERieder@bclplaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendants & Nominal Defendant* |

**The Clerk is directed to close this case.**

IT IS SO ORDERED:

Dated: July 1, 2024

_____
J. PAUL OETKEN
United States District Judge